In the Matter of Louis J. CALIGIURI, Respondent, against JULE L. MAISEL, Appellant, and WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, Respondents.

In the Matter of Louis J. CALIGIURI, Respondent, against JESSIE MAISEL, Appellant, and WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, Respondents.

Argued August 18, 1950; decided August 18, 1950.

*Jule L. Maisel,* in person, and *Charles Kleinberg* for appellants.

*George Rosling* for respondent.

*John P. McGrath, Corporation Counsel (Beatrice Dunn* of counsel), for Board of Elections of the City of New York, respondent.

Order affirmed upon the ground that the findings in respect of the domiciles of the appellants are not without support in the evidence. We pass upon no other question. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, FULD and FROESSEL, JJ. Taking no part: DYE, J.